## PECK v. STATE.

On a petition for a new trial in a criminal prosecution on the ground of new evidence, and before judgment the cause was continued, the prisoner in such case admitted to bail.

PETITION for a new trial, stating that the petitioner was prosecuted and convicted by verdict of the jury before this court for counterfeiting certain pieces of coined money; that thereupon he was taken into custody and committed to gaol; that he was surprised with the testimony of some witnesses respecting certain facts which took place at Glastenbury; also with the testimony of Jacklin, a negro man, upon which the

jury convicted him; that he is able by certain new testimony to explain the testimony of the witnesses from Glastenbury; also to prove that the character of said Jacklin, negro man, is bad in point of truth and veracity, and prays for a new trial.

The court received the petition and continued it; judgment not being made up against him, he was admitted to bail.